# United States Court of Appeals

### For the Eighth Circuit

_____

No. 12-2547

_____

James Marcum

*Plaintiff - Appellant*

v.

Retirement Plan for Hourly-Rated Employees of Noranda Aluminum, Inc.;
Noranda Aluminum, Inc.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: January 18, 2013
Filed: January 31, 2013
[Unpublished]

_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

James Marcum appeals the district court's[1] adverse grant of summary judgment in his Employment Retirement Income Security Act lawsuit arising from the denial of early retirement disability benefits. Upon de novo review, see Green v. Union Sec. Ins. Co., 646 F.3d 1042, 1050 (8th Cir. 2011), we find no basis for overturning the district court's well-reasoned determination that the adverse decision on Marcum's benefits application did not amount to an abuse of discretion, see id. (affirmance is warranted if the decision is reasonable, i.e., reasonable person could have reached similar decision, given evidence before plan administrator when decision was made). The district court is affirmed. See 8th Cir. R. 47B.

————————————————

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.